**WHARTON et al. v. SHENANDOAH PUB. HOUSE et al.**

No. 4420.

Circuit Court of Appeals, Fourth Circuit.

Jan. 18, 1939.

Frances L. Wharton, pro se, for appellants.

F. S. Tavenner, of Woodstock, Va., for appellees.

Before PARKER and SOPER, Circuit Judges, and CHESNUT, District Judge.

PER CURIAM.

The appeal in this case was taken from orders of the District Court wherein was affirmed a prior order of the referee in bankruptcy confirming a sale of real estate of the bankrupt which was made for the purpose of liquidating a mortgage indebtedness long overdue. Proceedings to sell the property were first stayed by the District Court under the provisions of the first Frazier-Lemke Act, 48 Stat. 1289. When that Act was declared unconstitutional, the proceedings were dismissed. After the passage of the second Frazier-Lemke Act, 11 U.S.C.A. § 203(s), the proceedings were reinstated and again dismissed. Thereupon, the present proceedings in bankruptcy were instituted, so that the matter has been before the court for a number of years.

A motion has been filed by the appellees to dismiss the appeal on the ground that the appellants have failed to file briefs in this court in support of the appeal; because the transcript of record was not prepared and filed within the time limited and required by law, and because the nature of the proceeding was such that the appellants were not entitled to appeal as a matter of right but only upon the order of this court. Nevertheless, taking into consideration the claim of the appellants of their inability to employ counsel and to prepare a brief, we have permitted the appellants to appear in proper person and to make extended arguments, and have examined the record filed in the case. Upon careful consideration thereof, we are

of the opinion that there was no error, and that the rulings of the District Court should be affirmed.

Affirmed.